UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE GULCH,

        Plaintiff,                                              Hon. Ellen S. Carmody

v.

                                                              Case No. 1:11-cv-21

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Date: February 28, 2012                                  /s/ Ellen S. Carmody
                                                                   ELLEN S. CARMODY
                                                                   United States Magistrate Judge